IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE HIMALAYA DRUG COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 07-4091 |
| | § | |
| TRUWELL HOLDINGS, INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

The parties in the above-captioned matter hereby stipulate and agree, pursuant to the terms of a Settlement Agreement reached between them, to the voluntary dismissal of this action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure as follows:

1. The parteis hereby dismiss all claims asserted in this case with prejudice and on the merits;

2. Each party shall bear and be responsible for their own attorneys' fees and costs associated with this action.

Dated: February 5, 2008                    Respectfully submitted,


      /s/ John S. Egbert                         /s/ Michael A. O'Neil
John S. Egbert                            Michael A. O'Neil
Texas Bar No. 06479550                    Texas Bar No. 15285000
S.D. Tex. ID No. 4215                     S.D. Tex. ID No. 25978
Egbert Law Offices, PLLC                  Michael A. O'Neil, P.C.
412 Main Street, 7th Floor                5949 Sherry Lane, Suite 820
Houston, Texas 77002                      Dallas, Texas 75225
Telephone: (713) 224-8080                 Telephone: (214) 739-0088
Facsimile:  (713) 223-4873                Facsimile: (214) 739-8284
Email: mail@egbertlawoffices.com          Email: mike@oneiliplaw.com

Attorney-in-charge for Plaintiff          Attorney-in-charge for Defendant

The Himalaya Drug Company          Truwell Holdings, Inc.

IT IS SO ORDERED.

Dated this the __ day of _____, 2008 at Houston, Texas.

                                                        _____
                                                       Honorable Sim Lake
                                                       United States District Judge